IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF THE STATE OF OKLAHOMA

| | | |
|---|---|---|
| (1) TURNER DRUG (a/k/a Pharmacy Consultant Services, Inc. d/b/a Turner Drug), | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 5:16-cv-01175-F |
| (1) NORTH STAR MUTUAL INSURANCE CO., INC., a Minnesota corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Turner Drug (a/k/a Pharmacy Consultant Services, Inc. d/b/a Turner Drug) by and through its attorneys of record, Brad Miller and Jami Rhoades Antonisse of the firm Miller & Johnson, PLLC, hereby dismisses the above-captioned matter with prejudice against the filing of a future action thereon.

          MILLER & JOHNSON, PLLC

By: *s/Brad Miller*
Brad Miller, OBA #11437
Jami Rhoades Antonisse, OBA #20612
1221 N. Francis Ave., Suite B
Oklahoma City, OK 73106
Telephone: (405) 896-4388
Fax: (405) 609-2995
bmiller@millerandjohnson.com
jantonisse@millerandjohnson.com
*Attorneys for Plaintiff*